# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| REGINALD RONALD REAVES, | : | No. 129 MM 2022 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| PENNSYLVANIA DEPARTMENT OF | : | |
| CORRECTIONS, MR. MORRIS HOUSER, | : | |
| SUPERINTENDENT AT SCI-BENNER | : | |
| TOWNSHIP, MR. FRANCIS T. CHARDO, | : | |
| MS. KRISTIE M. FALBO, DAUPHIN | : | |
| COUNTY DISTRICT ATTORNEY'S OFFICE, | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 29th day of March, 2023, the Application for Leave to File Original Process is GRANTED, and the "Petition for Writ of Habeas Corpus and Application for Extraordinary Relief" is DENIED.